## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

Case Number: 13-22773-CIV-ALTONAGA/SIMONTON

Plaintiff:
**AMERICAN AIRLINES, INC., A CORPORATION**

vs.

Defendant:
**DESPEGAR.COM USA, INC., A DELAWARE CORPORATION, ET AL**

For:
Humberto Ocariz, Esq.
Shook, Hardy & Bacon, LLP
201 South Biscayne Blvd.
Suite 2400, Miami Center
Miami, FL  33013

Received by Service of Process, Inc. on the 2nd day of August, 2013 at 11:59 am to be served on **DESPEGAR.COM USA, INC., C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, Michael C. Nolan, do hereby affirm that on the **2nd day of August, 2013** at **3:10 pm, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **BRANDI COY** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of DESPEGAR.COM USA, INC.  at the address of: **C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Michael C. Nolan
Certified Process Server, #111

Service of Process, Inc.
Post Office Box 45-2354
Miami, FL 33245-2354
(305) 226-6809

Our Job Serial Number: MCN-2013006220

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n