IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 13-22773-CV-ALTONAGA/SIMONTON

AMERICAN AIRLINES, INC., )
a corporation, )
 )
      Plaintiff, )
 )
v. )
 )
DESPEGAR.COM USA, INC., et al., )
 )
      Defendants. )
 )

**NOTICE OF HEARING ON DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S FIRST JURISDICTIONAL REQUESTS FOR PRODUCTION**

NOTICE IS HEREBY GIVEN that a hearing will be held before Magistrate Judge Andrea M. Simonton at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 8th Floor, Miami, Florida, 33128 on **Friday, December 13, 2013 at 10:00 a.m**. on Defendants' Objections to Plaintiff's First Jurisdictional Requests for Production. The substance of the matters to be heard are as follows:

| Request Number(s) | Nature of the Parties' Dispute(s) |
|---|---|
| 3–5; 9–15; 23 | The Defendants contend these requests are not directly relevant to any specific jurisdictional allegation in the Complaint. American contends the requests are relevant and/or reasonably calculated to lead to the discovery of admissible evidence regarding the exercise of personal jurisdiction over the foreign defendants. |
| 16–17 | The Parties dispute the scope and relevancy of these requests. Additionally, the Parties dispute whether these requests are unduly burdensome. |

| 20 | The Parties dispute the scope and relevancy of this request. Defendants also object that "Florida-based entity" is vague. Plaintiff clarified that it sought information regarding transactions between the Defendants and any entity registered in Florida, with a headquarters in Florida, or with an office in Florida with which Defendants engaged in transactions. |
|---|---|
| 27 | The Parties dispute the scope and relevancy of this request. Defendants seek to limit this request to only applications for the sale of American Airlines tickets. Plaintiff contends that there is no basis for such a limitation and that applications created for third-parties in Florida would show contacts with the forum state. |
| 29–30; 36–39 | The Parties dispute the scope of these requests. Defendants seek to limit these requests to only advertisements that specifically "target" Florida residents. Plaintiff contends that such a limitation would exclude advertisements that can or do reach Florida residents which Defendants should anticipate Florida residents would view. |
| 31 | The Parties dispute the scope of this request. Defendants will agree to produce a limited set of documents showing communications with Florida residents regarding the sale of air travel services. Plaintiff contends that communications with Florida residents regarding other travel services (such as hotel accommodations, car rentals, cruise reservations, etc.) offered through Defendants' websites are relevant to the exercise of personal jurisdiction over Defendants. |
| 32–33 | The Parties dispute the scope of these Requests. Defendants will agree to produce only documents showing the name of advertising agencies located in Florida or used to "target" Florida residents with regard to air travel. Plaintiff contends that information regarding Defendants' use of marketing or advertising agencies whose efforts Defendants should expect would be seen by Florida residents is relevant to the exercise of personal jurisdiction over Defendants. |
| 41–53; 56–61; 64–69; 73 | The Parties dispute the scope and relevancy of these Requests. Defendants' interactive, commercial websites can be used to purchase travel services (such as air travel, hotel accommodations, car rentals, cruise reservations, etc.) in Florida and elsewhere. The Parties also dispute whether these Requests should be limited to only air travel services. |
| 54–55 | The parties dispute whether the Defendants should be required to provide the names (instead of just the number) of customers who have Florida billing or mailing addresses and who completed transactions on Defendants' websites. |
| 74 | The Parties agreed to limit this request to documents showing the number of flights sold where Florida was the destination or origin of the flight for customers who are Florida residents. The Parties dispute whether any information must be provided regarding customers whose billing or mailing address was not provided to Defendants at the time of the sale such that it cannot be determined whether the customer is a Florida resident. |

CASE NO.: 13-22773-CIV-ALTONAGA/SIMONTON

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

The undersigned certifies that counsel for Plaintiff, American Airlines, Inc., has conferred with counsel for Defendants in a good faith effort to resolve the disputed issues raised herein, but has been unable to do so.

Respectfully submitted,

Dated: December 9, 2013          BY: /s/ Humberto H. Ocariz
                                     Humberto H. Ocariz
                                     Florida Bar No.: 0740860
                                     hocariz@shb.com
                                     Michael A. Holt
                                     Florida Bar No.: 91156
                                     mholt@shb.com
                                     **SHOOK HARDY & BACON, LLP**
                                     201 Biscayne Boulevard, Suite 3200
                                     Miami, Florida 33131
                                     PH: (305) 358-5171 / FX: (305) 358-7470

CASE NO.: 13-22773-CIV-ALTONAGA/SIMONTON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of December, 2013, a true and correct copy of the foregoing was served on all counsel or parties of record in the Service List below.

/s/ Humberto H. Ocariz
Humberto H. Ocariz

## SERVICE LIST

Humberto H. Ocariz, Esq.
hocariz@shb.com
Michael A. Holt, Esq.
mholt@shb.com
**Shook, Hardy & Bacon, LLP**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
*Attorneys for Plaintiff American Airlines, Inc.*
(Service via CM/ECF)

Patrick E. Gonya, Jr., Esq.
pgonya@careyrodriguez.com
**Carey Rodriguez Greenberg O'Keefe, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475
*Attorneys for Defendants*
(Service via CM/ECF)

Marc L. Greenwald, Esq.
marcgreenwald@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone: (212) 849 7000
Facsimile:  (212) 849 7100
*Pro Hac Vice Attorney for Defendants*
(Service via CM/ECF)