IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 13-22773-CV-ALTONAGA/SIMONTON

| | |
|---|---|
| AMERICAN AIRLINES, INC., a corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DESPEGAR.COM USA, INC., et al., | ) ) |
| Defendants. | ) ) |

### NOTICE OF FILING THE PARTIES' PROPOSED ORDER ON DEFENDANTS' OBJECTIONS TO PLAINTIFF'S FIRST JURISDICTIONAL REQUESTS FOR PRODUCTION

Plaintiff, American Airlines, Inc., by and through undersigned counsel hereby gives notice of filing the parties' Proposed Order on Defendants' Objections to Plaintiff's First Jurisdictional Requests for Production, Exhibit A attached hereto.

Respectfully submitted,

Dated:  December 23, 2013

BY:  /s/ Humberto H. Ocariz
Humberto H. Ocariz
Florida Bar No.:  0740860
hocariz@shb.com
Michael A. Holt
Florida Bar No.: 91156
mholt@shb.com
**SHOOK HARDY & BACON, LLP**
201 Biscayne Boulevard, Suite 3200
Miami, Florida  33131
PH: (305) 358-5171 / FX: (305) 358-7470

CASE NO.: 13-22773-CIV-ALTONAGA/SIMONTON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December, 2013, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record in the Service List atttached.

/s/ Humberto H. Ocariz
Humberto H. Ocariz

CASE NO.: 13-22773-CIV-ALTONAGA/SIMONTON

## SERVICE LIST

Patrick E. Gonya, Jr., Esq.
pgonya@careyrodriguez.com
**Carey Rodriguez Greenberg O'Keefe, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475
*Attorneys for Defendants*
(Service via CM/ECF)

Marc L. Greenwald, Esq.
marcgreenwald@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone: (212) 849 7000
*Pro Hac Vice Attorney for Defendants*
(Service via CM/ECF)

Humberto H. Ocariz, Esq.
hocariz@shb.com
Michael A. Holt, Esq.
mholt@shb.com
**Shook, Hardy & Bacon, LLP**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
*Attorneys for Plaintiff American Airlines, Inc.*
   (Service via CM/ECF)
Facsimile:  (212) 849 7100