UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 13-22773-CV-ALTONAGA/SIMONTON

| | |
|---|---|
| AMERICAN AIRLINES, INC., a corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DESPEGAR.COM USA, INC., et al., | ) ) |
| Defendants. | ) ) |

**JOINT SCHEDULING REPORT**

Plaintiff, American Airlines, Inc. ("American"), and Defendants Despegar.com USA, Inc. ("Despegar USA"), Despegar.com.ar S.A. ("Despegar Argentina"), Decolar.com, LTDA ("Despegar Brazil"), Despegar.com Mexico, S.A. de C.V. ("Despegar Mexico"), Despegar.com Chile S.A. ("Despegar Chile"), Despegar.com Perú SAC ("Despegar Peru"), Servicios Online 3351 de Venezuela, C.A. ("Despegar Venezuela"), and Travel Reservations S.R.L. ("Despegar Uruguay") (collectively, "Defendants") jointly submit this report of their Scheduling Conference pursuant to Federal Rules of Civil Procedure 26(f) and 16(a), Local Rule 16.1(b), and this Court's Order requiring the parties to file a joint scheduling report [ECF No. 65]. On May 19, 2014, the Parties conferred regarding the matters specified in Rules 16(a), 26(f) and Local Rule 16.1(b). Below is a report of the conference and outline of the Parties proposed discovery plan:

**I.   Nature and basis of claims and defenses.**

American Airlines asserted claims for trademark infringement and various common law claims against the Defendants. On November 13, 2013, the Court granted in part and denied in

725430 v1

part Defendants' motion to dismiss the Complaint for failure to state a claim. On May 14, 2014, the Court denied certain Defendants' motion to dismiss the Complaint against them for lack of personal jurisdiction. The Parties have agreed to extend the date for Defendants to file their Answers to the Complaint to June 16, 2014. The Parties will continue to discuss the nature of their claims and defenses as necessary while the case progresses.

**II. Likelihood of settlement or resolution of the case.**

The Parties have held various settlement discussions regarding the resolution of their differences. The Parties will continue to discuss the possibilities for settlement.

**III. Likelihood of appearance of additional parties.**

The Parties are considering whether additional parties may be brought into this case. To the extent parties are to be added, the Parties will do so in accordance with the deadlines set forth below.

**IV. Proposed time limits**

The Parties agree that this case should proceed on the complex case management track and propose the following time limits:

| DEADLINE | DATE |
| --- | --- |
| Defendants to file Answers | June 16, 2014 |
| Third-party claims; motions to join parties | August 1, 2014 |
| Motions to amend pleadings | August 1, 2014 |
| Document production to be substantially complete | January 16, 2015 |
| Fact discovery to be completed | February 13, 2015 |
| Parties to exchange expert witness disclosures | March 13, 2015 |
| Expert depositions to be completed | May 1, 2015 |
| Parties to exchange rebuttal expert witness disclosures | May 15, 2015 |

| Rebuttal expert depositions to be completed | May 29, 2015 |
|---|---|
| Dispositive & *Daubert* motions to be filed | June 12, 2015 |
| Responses to dispositive and *Daubert* motions | June 26, 2015 |
| Replies to dispositive and *Daubert* motions | July 10, 2015 |
| Parties to exchange exhibit and witness lists | Court to determine |
| Motions in limine | Court to determine |
| Resolution of all pretrial motions by the Court | Court to determine |
| Pretrial conference/calendar call | On or after July 21, 2015 |
| Jury trial | On or after August 4, 2015 |

**V. Proposals for formulation and simplification of issues.**

The Parties will endeavor to formulate and simplify the issues after Defendants answer the Complaint and as the case progresses. At present, the Parties have no additional suggestions to simplify the issues in this case.

**VI. The necessity or desirability of amendments to the pleadings.**

The necessity and desirability of amendments to the pleadings are currently being evaluated. The Parties agree that motions to amend the pleadings should be filed and served on or before **August 1, 2014.**

**VII.     Admissions of fact and of documents, stipulations, authenticity, and electronically   stored information.**

The Parties may stipulate to uncontested facts as discovery proceeds and the case is closer to trial. The Parties expect there will be stipulations to the authenticity of documentary evidence, including electronically stored information, as appropriate.

**VIII.   Suggestions for the avoidance of unnecessary proof and of cumulative evidence.**

The Parties agree to cooperate in developing pretrial stipulations to avoid unnecessary proof and cumulative evidence.

**IX. Referral of matters to a Magistrate Judge or master.**

The Parties agree that discovery matters may be referred to a Magistrate Judge. The Parties do not consent to trial before a Magistrate Judge.

**X.   Preliminary estimate of time required for trial.**

This case is to be tried before a jury. The Parties estimate that this case will require at minimum 10 trial days.

**XI. Proposed discovery plan.**

   *A.   Time for initial disclosures.*

The Parties stipulate that the time for initial disclosures pursuant to Rule 26(a)(1) should be extended until 30 days after Defendants answer the complaint. The Parties agree that no other changes are necessary regarding the form or the requirements of the initial disclosures.

   *B.   Subjects and timing of discovery.*

Discovery will be needed regarding each of the claims and defenses and the amount of damages. Expert discovery also will be needed. The Parties propose the following phased discovery plan in which all discovery would be complete within 365 days and in which expert discovery would follow after the completion of fact discovery.

- Fact Discovery will be completed on or before February 13, 2015.

- Expert witness disclosures will be exchanged on or before March 13, 2015.

- Expert depositions will be completed on or before May 1, 2015.

- Rebuttal expert witness disclosures will be exchanged on or before May 15, 2015

- Rebuttal expert depositions will be completed on or before May 29, 2015.

C. *Disclosure of electronically stored information.*

Defendants operate an online travel agency and most of their business through the Internet. Thus, discovery of electronically stored information will necessarily be required in this case. The Parties agree that the initial cost of preserving, searching for, and producing electronically stored information should be borne by the producing party. The Parties nonetheless reserve their respective rights to object to specific discovery requests, to seek costs pursuant to the applicable Federal Rules of Civil Procedure or to requests reimbursement for the costs of any forensic examination of electronically stored information that may be ordered by the Court. The Parties will confer in an attempt to resolve any disputes regarding discovery of electronically stored information without the need for involvement of the Court.

D. *Claims of privilege.*

The Parties stipulate that they need not log communications with their litigation counsel in this lawsuit that took place on or after the date this lawsuit was filed on a privilege log. Communications with litigation counsel that took place before the date this lawsuit was filed must be included on a privilege log. The Parties expect that there may be other communications and documents over which a clam of privilege may be asserted. If issues arise concerning a privilege claim, the Parties will confer to attempt to resolve any disputes without the need for involvement of the Court.

E. *Changes to discovery limitations under the Federal and Local Rules*

At this time, the Parties do not anticipate the need to change the limitations on discovery under the applicable Federal and Local Rules. If the Parties later determine that such changes

may be appropriate, the parties will confer to attempt to resolve any disputes without the need for involvement of the Court.

F. *Need for protective orders*

The Court already entered a protective order governing the treatment of confidential information exchanged between the Parties. The Parties do not presently anticipate the need for the Court to enter additional protective orders. Should such a need arise, the Parties will confer to attempt to determine an appropriate confidentiality agreement and file a joint motion for entry of a protective order regarding the same.

Dated: May 22, 2014

/s/ Humberto H. Ocariz
Humberto H. Ocariz
hocariz@shb.com
Michael A. Holt
mholt@shb.com
Eric Boos
eboos@shb.com
**Shook, Hardy & Bacon, LLP**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

*Attorneys for Plaintiff American Airlines, Inc.*

/s/ Patrick E. Gonya, Jr.
Patrick E. Gonya, Jr.
pgonya@careyrodriguez.com
**Carey Rodriguez Greenberg O'Keefe, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

Marc L. Greenwald
marcgreenwald@quinnemanuel.com
Todd Anten
toddanten@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone: (212) 849 7000
Facsimile:  (212) 849 7100

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this   22nd     day of May, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List below by the method indicated.

/s/ Humberto H. Ocariz
Humberto H. Ocariz

## **SERVICE LIST**

Humberto H. Ocariz, Esq.
hocariz@shb.com
**Shook, Hardy & Bacon, LLP**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
*Attorneys for Plaintiff American Airlines, Inc.*
(Service via CM/ECF)

Patrick E. Gonya, Jr., Esq.
pgonya@careyrodriguez.com
**Carey Rodriguez Greenberg O'Keefe, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475
(Service via CM/ECF)

Marc L. Greenwald
marcgreenwald@quinnemanuel.com
Todd Anten
toddanten@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone: (212) 849 7000
Facsimile:  (212) 849 7100
*Attorneys for Defendants*
(Service via CM/ECF)

725430 v1