UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br>        Plaintiff, <br> v. <br> DESPEGAR.COM USA, INC., *et al.*, <br>        Defendants. <br><br> DESPEGAR.COM USA, INC., <br>        Counterclaim Plaintiff, <br> v. <br> AMERICAN AIRLINES, INC., <br>        Counterclaim Defendant. | Case No.: 13-22773-CV-GAYLES/TURNOFF |

## MEDIATION REPORT

Pursuant to Southern District of Florida Local Rule 16.2.F.1, the undersigned mediator conducted a mediation in this matter on April 16, 2015. All parties and counsel were present. Despite efforts by the undersigned mediator during and after the mediation session, the parties were unable to reach a settlement.

                JAMS
                2500 N. Military Trail, Suite 200
                Boca Raton, FL 33431
                Tel: (561) 393-9733
                Fax: (561) 393-9707


                By:s/Jeffrey Grubman_____
                Jeffrey S. Grubman
                Mediator No: 15500 CR