UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 13-22773-CV-GAYLES/TURNOFF

AMERICAN AIRLINES, INC.,

   Plaintiff,

v.

DESPEGAR.COM USA, INC., *et al.*,

   Defendants.

DESPEGAR.COM USA, INC.,

   Counterclaim Plaintiff,

v.

AMERICAN AIRLINES, INC.,

   Counterclaim Defendant.

## NOTICE OF HEARING

  NOTICE IS HEREBY GIVEN that, pursuant to this Court's established Discovery Procedures, which apply to all civil cases assigned to United States District Judge Gayles, a hearing will be held before Magistrate Judge William C. Turnoff at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 11th Floor, Miami, Florida, 33128 on **Thursday, July 23, 2015 at 2:00 p.m.** or as soon thereafter as counsel may be heard.

  The parties have agreed to respond to many requests for production by searching the files of specified custodians for certain search terms. The parties have not, however, been able to arrive at a final agreement as to the specific custodians' records to be searched or the search terms to be employed. Accordingly, the substance of the matters to be heard is as follows:

1. **<u>Designation of Despegar Custodians.</u>** American Airlines' motion to compel Defendants to search the records of the following custodians: (a) all persons identified on Defendants' initial disclosures as those individuals likely to have discoverable information that Defendants may use to support their claims or defenses, *see* Defs. Init. Disclosures (will be provided to the Court before the hearing); (b) Cristian Camsen, Vince Garcia, and Adolfo Sommer (all of whom Defendants offered as Rule 30(b)(6) witnesses during jurisdictional discovery); and (c) Roberto Souviron (Despegar's CEO who has negotiated with American for a commercial deal).

2. **<u>Designation of Despegar Search Terms.</u>** American Airlines' motion to compel Defendants to employ the search terms identified in American's Proposed Search Terms for Defendants (which will be provided to the Court before the hearing) when searching custodians' files.

3. **<u>Time Frame.</u>** American Airlines' motion to compel Defendants to search for and produce responsive, non-privileged documents for the time period beginning August 1, 2009 through December 31, 2014.

4. **<u>Designation of American Airlines' Custodians.</u>** American Airlines' objection to searching the records of irrelevant custodians and custodians whose files contain duplicative information, as set forth in American Airlines' July 1, 2015 correspondence to Defendants' counsel at section III.A, pp. 2–6 (a copy will be provided to the Court before the hearing).

5. **<u>Designation of American Airlines' Search Terms.</u>** American Airlines' objections to employing search terms beyond those identified in American Airlines' proposal in its July 1, 2015 correspondence to Defendants' counsel at section III.B, pp. 6–7, and Exhibit A.

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

The undersigned counsel has previously conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve this dispute, but the parties have been unable to reach a resolution.

Respectfully submitted,

Dated: July 15, 2015  BY:  s/Humberto H. Ocariz
Humberto H. Ocariz
Florida Bar No.: 0740860
hocariz@shb.com
Michael A. Holt
Florida Bar No.: 91156
mholt@shb.com
Eric S. Boos
Florida Bar No.: 0107673
eboos@shb.com
**SHOOK HARDY & BACON, LLP**
201 Biscayne Boulevard, Suite 3200
Miami, Florida 33131
PH: (305) 358-5171 / FX: (305) 358-7470

Charles P. Diamond
cdiamond@omm.com
*Admitted Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 246-6700
Facsimile: (310) 246-6779

Andrew Frackman
afrackman@omm.com
*Admitted Pro Hac Vice*
Edward Moss
emoss@omm.com
*Admitted Pro Hac Vice*
Jeffrey A. N. Kopczynski
jkopczynski@omm.com
*Admitted Pro Hac Vice*
**O'MELVENY & MYERS LLP**

Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July, 2015, a true and correct copy of the foregoing was served on all counsel or parties of record on the attached Service List by the method indicated.

s/ Humberto H. Ocariz
Humberto H. Ocariz

**SERVICE LIST**

Humberto H. Ocariz, Esq.
hocariz@shb.com
Michael A. Holt, Esq.
mholt@shb.com
Eric S. Boos, Esq.
eboos@shb.com
**Shook, Hardy & Bacon, LLP**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Charles P. Diamond, Esq.
cdiamond@omm.com
**O'Melveny & Myers LLP**
1999 Avenue of the Stars
Seventh Floor
Los Angeles, California 90067
Telephone: (310) 246-6700
Facsimile: (310) 246-6779

Andrew Frackman, Esq.
afrackman@omm.com
Edward Moss, Esq.
emoss@omm.com
Jeffrey A. N. Kopczynski, Esq.
jkopczynski@omm.com
David K. Lukmire
dlukmire@omm.com
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for American Airlines, Inc.*
(Service via CM/ECF)

Patrick E. Gonya, Jr., Esq.
pgonya@careyrodriguez.com
**Carey Rodriguez Greenberg O'Keefe, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

Marc L. Greenwald, Esq.
marcgreenwald@quinnemanuel.com
Todd Anten, Esq.
toddanten@quinnemanuel.com
Steig D. Olson, Esq.
steigolson@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849 7000
Facsimile:  (212) 849 7100

*Attorneys for Defendants*
(Service via CM/ECF)