UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 13-22773-CV-GAYLES/TURNOFF

AMERICAN AIRLINES, INC.,

   Plaintiff,

v.

DESPEGAR.COM USA, INC., *et al.*,

   Defendants.

## NOTICE OF CANCELLATION OF HEARING

  The parties hereby notify the Court that they have resolved the search term discovery issues presently scheduled to be heard before Magistrate Judge William C. Turnoff on Thursday, August 13, 2015 at 2:00 pm [D.E. 162] and, accordingly, the hearing is no longer necessary.

Dated:  August 12, 2015 .

              Respectfully submitted,

| BY:  s/Gabriel Soledad | BY:  s/Humberto H. Ocariz |
|---|---|
| Gabriel Soledad, Esq. | Humberto H. Ocariz |
| gabrielsoledad@quinnemanuel.com | Florida Bar No.: 0740860 |
| **Quinn Emanuel Urquhart & Sullivan, LLP** | hocariz@shb.com |
|  | **SHOOK HARDY & BACON, LLP** |
| 777 Sixth Street, NW | 201 Biscayne Boulevard, Suite 3200 |
| Washington, DC 20001 | Miami, Florida 33131 |
| Telephone: (202) 538-8000 | Telephone: (305) 358-5171 |
| Facsimile:  (202) 538-8100 | Facsimile:  (305) 358-7470 |

-1-
Shook, Hardy & Bacon L.L.P.
Miami Center, Suite 3200 | 201 S. Biscayne Blvd. | Miami, Florida 33131-4332 | **t** 305.358.5171

768327

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August, 2015, a true and correct copy of the foregoing was served on all counsel on the attached Service List by the method indicated.

                                                         s/ Humberto H. Ocariz
                                                           Humberto H. Ocariz

## SERVICE LIST

Humberto H. Ocariz, Esq.
hocariz@shb.com
Michael A. Holt, Esq.
mholt@shb.com
Eric S. Boos, Esq.
eboos@shb.com
**Shook, Hardy & Bacon, LLP**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Charles P. Diamond, Esq.
cdiamond@omm.com
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 246-6700
Facsimile: (310) 246-6779

Andrew Frackman, Esq.
afrackman@omm.com
Edward Moss, Esq.
emoss@omm.com
Jeffrey A. N. Kopczynski, Esq.
jkopczynski@omm.com
David K. Lukmire
dlukmire@omm.com
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for American Airlines, Inc.*
(Service via CM/ECF)

Patrick E. Gonya, Jr., Esq.
pgonya@careyrodriguez.com
**Carey Rodriguez Greenberg O'Keefe, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

Marc L. Greenwald, Esq.
marcgreenwald@quinnemanuel.com
Todd Anten, Esq.
toddanten@quinnemanuel.com
Steig D. Olson, Esq.
steigolson@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849 7000
Facsimile: (212) 849 7100

Gabriel Soledad, Esq.
gabrielsoledad@quinnemanuel.com
Michael Bonanno, Esq.
mikebonanno@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
777 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendants*
(Service via CM/ECF)

-2-
Shook, Hardy & Bacon L.L.P.
Miami Center, Suite 3200 | 201 S. Biscayne Blvd. | Miami, Florida 33131-4332 | t 305.358.5171

768327