# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO: 13-22773-CV-GAYLES/TURNOFF

AMERICAN AIRLINES, INC.,

       Plaintiff,

v.

DESPEGAR.COM USA, INC., *et al.*,

       Defendants.

DESPEGAR.COM USA, INC.,

       Counterclaim Plaintiff,

v.

AMERICAN AIRLINES, INC.,

       Counterclaim Defendant.

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that, pursuant to this Court's established Discovery Procedures, which apply to all civil cases assigned to United States District Judge Gayles, a hearing will be held before Magistrate Judge William C. Turnoff at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 11th Floor, Miami, Florida 33128, on **Thursday, September 17, 2015 at 2:00 p.m.** or as soon thereafter as counsel may be heard.

     The substance of the matter to be heard is as follows:

    1. **American's Request for Special Set Hearing on Parties' Requests for Production.**

     The parties have exchanged hundreds of requests for production ("RFPs"). Counsel for the parties have met and conferred about each other's responses and objections to the RFPs. Through the course of these discussions, the parties have narrowed some of their disputes, but both sides still have many objections or limitations on the scope of the RFPs that they will need to raise with the Court. It would take multiple hearings on the Court's weekly discovery calendar

to resolve the many RFPs that remain in dispute. Such piecemeal resolution of the RFP issues—many of which are interrelated—would be inefficient, would clog the Court's discovery docket for weeks, and would result in additional and unnecessary costs to the parties.

At the last discovery hearing on issues involving search terms, the Court suggested it would be amenable to conducting an all-day hearing to resolve the parties' then dispute (which they have now resolved). American respectfully submits that the best and most efficient use of the Court's time and resources and those of the parties is for the Court to set aside one full day for a hearing to address all outstanding disputes relating to the RFPs, including the matters identified in Defendants' Amended Notice of Hearing [ECF No. 169], and those RFP objections or limitations made by Defendants that American will address with the Court.

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

The undersigned counsel has previously conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve this dispute, but the parties have been unable to reach a resolution.

Respectfully submitted,

Dated: September 11, 2015       BY:  s/Humberto H. Ocariz
Humberto H. Ocariz
Florida Bar No.: 0740860
hocariz@shb.com
Michael A. Holt
Florida Bar No.: 91156
mholt@shb.com
Eric S. Boos
Florida Bar No.: 0107673
eboos@shb.com
**SHOOK HARDY & BACON, LLP**
201 Biscayne Boulevard, Suite 3200
Miami, Florida 33131
PH: (305) 358-5171 / FX: (305) 358-7470

        Charles P. Diamond
        cdiamond@omm.com
        *Admitted Pro Hac Vice*
        **O'MELVENY & MYERS LLP**
        1999 Avenue of the Stars, 7th Floor
        Los Angeles, California 90067
        Telephone: (310) 246-6700
        Facsimile: (310) 246-6779

        Andrew Frackman
        afrackman@omm.com
        *Admitted Pro Hac Vice*
        Edward Moss
        emoss@omm.com
        *Admitted Pro Hac Vice*
        Jeffrey A. N. Kopczynski
        jkopczynski@omm.com
        *Admitted Pro Hac Vice*
        **O'MELVENY & MYERS LLP**
        Times Square Tower
        7 Times Square
        New York, New York 10036
        Telephone: (212) 326-2000
        Facsimile: (212) 326-2061

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 11th day of September, 2015, a true and correct copy of the foregoing was filed with using the Court's CM/ECF system and was served on all counsel or parties of record on the attached Service List by the method indicated.

        s/ Humberto H. Ocariz
        Humberto H. Ocariz

## SERVICE LIST

Humberto H. Ocariz, Esq.
hocariz@shb.com
Michael A. Holt, Esq.
mholt@shb.com
Eric S. Boos, Esq.
eboos@shb.com
**Shook, Hardy & Bacon, LLP**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Charles P. Diamond, Esq.
cdiamond@omm.com
**O'Melveny & Myers LLP**
1999 Avenue of the Stars
Seventh Floor
Los Angeles, California 90067
Telephone: (310) 246-6700
Facsimile: (310) 246-6779

Andrew Frackman, Esq.
afrackman@omm.com
Edward Moss, Esq.
emoss@omm.com
Jeffrey A. N. Kopczynski, Esq.
jkopczynski@omm.com
David K. Lukmire
dlukmire@omm.com
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for American Airlines, Inc.*
(Service via CM/ECF)

Patrick E. Gonya, Jr., Esq.
pgonya@careyrodriguez.com
**Carey Rodriguez Greenberg O'Keefe, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

Marc L. Greenwald, Esq.
marcgreenwald@quinnemanuel.com
Todd Anten, Esq.
toddanten@quinnemanuel.com
Steig D. Olson, Esq.
steigolson@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849 7000
Facsimile: (212) 849 7100

Gabriel Soledad, Esq.
gabrielsoledad@quinnemanuel.com
Michael Bonanno, Esq.
mikebonanno@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
777 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendants*
(Service via CM/ECF)