UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 13-22773-CV-GAYLES/TURNOFF

AMERICAN AIRLINES, INC.,

      Plaintiff,

v.

DESPEGAR.COM USA, INC., *et al.*,

      Defendants.

DESPEGAR.COM USA, INC.,

      Counterclaim Plaintiff,

v.

AMERICAN AIRLINES, INC.,

      Counterclaim Defendant.

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that, pursuant to this Court's established Discovery Procedures and the instructions of Chambers, a hearing will be held before Magistrate Judge William C. Turnoff at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 11th Floor, Miami, Florida 33128, on **Tuesday, February 16, 2016 at 2:00 p.m.** or as soon thereafter as counsel may be heard. The substance of the matters to be heard is as follows:

1.     **American's motion to compel dates certain for depositions.** The Court's scheduling order requires that all fact discovery be completed on or before Monday, February 29, 2016. [ECF No. 167]. The Court further indicated that there will be no extension of this deadline. *Id.* American has provided dates for its witnesses that meet this deadline. Defendants have

refused to do so, in many instances failing to confirm deposition dates or seeking to unilaterally move depositions into March, contrary to the Court's order. American opposes any delays in this case. Defendants find themselves in this position by their own doing. Any delay simply rewards Defendants' tactics. Defendants therefore should be ordered to immediately provide dates certain for all depositions to be completed in February 2016.

2.  **American's motion for expedited 30(b)(6) deposition regarding Defendants' failure to preserve and produce documents.** On Friday, February 5, 2016, in response to questions by American about gaps in Despegar's production, Defendants notified American that many responsive documents have in fact been lost or destroyed during the pendency of this action. Defendants have stated that they are attempting to fill the gaps through alternative methods, and that they intend to produce thousands of additional documents in the coming weeks, but cannot confirm that they will be able to locate all destroyed documents through alternative means or a date certain by which their supplemental production will be completed. As a result of Despegar's deficiencies in retention and production, and the potential spoliation, American is entitled to depose a witness on Defendants' preservation, retention, and collection methods. To avoid further prejudice to American, this deposition must take place immediately. American therefore requests the Court order this deposition take place within seven (7) calendar days from the Court's order.

3.  **Defendants' objections and refusal to designate any witness to testify regarding specified topics.** American served notices of taking depositions of six Defendants[1]

---

[1] American currently intends to depose Despegar.com USA, Inc. ("Despegar USA"), Decolar.com, Inc. (the "Parent Company"), Travel Reservations SRL ("Despegar Uruguay"), Despegar.com.ar S.A. ("Despegar Argentina"), Decolar.com Ltda. ("Despegar Brazil"), and Despegar.com Mexico, S.A. de C.V. ("Despegar Mexico").

pursuant to Federal Rule of Civil Procedure 30(b)(6). Defendants have objected to every topic in American's deposition notices. With some topics, Defendants have refused to designate any witness to testify. With other specified topics, Defendants have narrowed their scope so as to exclude a vast majority of the key issues in this case. Accordingly, American requests that Defendants objections be overruled and that Defendants be ordered to designate, prepare, and make available witnesses to testify to each of the specified topics consistent with the February 29 fact discovery cutoff date.

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

The undersigned counsel has previously conferred or will confer with all parties who may be affected by the relief sought in a good faith effort to resolve this dispute, but as of the date of filing this Notice the parties have been unable to reach a resolution.

Respectfully submitted,

Dated: February 9, 2016            BY:  s/Michael A. Holt
                                        Humberto H. Ocariz
                                        Florida Bar No.: 0740860
                                        hocariz@shb.com
                                        Michael A. Holt
                                        Florida Bar No.: 91156
                                        mholt@shb.com
                                        Eric S. Boos
                                        Florida Bar No.: 0107673
                                        eboos@shb.com
                                        **SHOOK HARDY & BACON, LLP**
                                        201 Biscayne Boulevard, Suite 3200
                                        Miami, Florida 33131
                                        PH: (305) 358-5171 / FX: (305) 358-7470

                                        Charles P. Diamond
                                        cdiamond@omm.com
                                        *Admitted Pro Hac Vice*

**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 246-6700
Facsimile: (310) 246-6779

Andrew Frackman
afrackman@omm.com
*Admitted Pro Hac Vice*
Edward Moss
emoss@omm.com
*Admitted Pro Hac Vice*
Jeffrey A. N. Kopczynski
jkopczynski@omm.com
*Admitted Pro Hac Vice*
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of February, 2016, a true and correct copy of the foregoing was filed with using the Court's CM/ECF system and was served on all counsel or parties of record on the attached Service List by the method indicated.

s/ Michael A. Holt<br>
Michael A. Holt

## SERVICE LIST

Humberto H. Ocariz, Esq.
hocariz@shb.com
Michael A. Holt, Esq.
mholt@shb.com
Eric S. Boos, Esq.
eboos@shb.com
**Shook, Hardy & Bacon, LLP**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470

Charles P. Diamond, Esq.
cdiamond@omm.com
**O'Melveny & Myers LLP**
1999 Avenue of the Stars
Seventh Floor
Los Angeles, California 90067
Telephone: (310) 246-6700
Facsimile: (310) 246-6779

Andrew Frackman, Esq.
afrackman@omm.com
Edward Moss, Esq.
emoss@omm.com
Jeffrey A. N. Kopczynski, Esq.
jkopczynski@omm.com
David K. Lukmire, Esq.
dlukmire@omm.com
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for American Airlines, Inc.*
(Service via CM/ECF)

Patrick E. Gonya, Jr., Esq.
pgonya@careyrodriguez.com
**Carey Rodriguez Greenberg O'Keefe, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

Marc L. Greenwald, Esq.
marcgreenwald@quinnemanuel.com
Todd Anten, Esq.
toddanten@quinnemanuel.com
Steig D. Olson, Esq.
steigolson@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849 7000
Facsimile:  (212) 849 7100

Adam B. Wolfson, Esq.
adamwolfson@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Gabriel Soledad, Esq.
gabrielsoledad@quinnemanuel.com
Michael Bonanno, Esq.
mikebonanno@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
777 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 538-8000
Facsimile:  (202) 538-8100

*Attorneys for Defendants*
(Service via CM/ECF)